UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

VS.   CASE NO. 5:14-cr-13-JA-PRL

ANTHONY VIKEY OMAR PRICE

### ORDER

The Court has appointed counsel for Defendant Anthony Vikey Omar Price for the purpose of potential sentence-reduction proceedings pursuant to Amendment 821 and 18 U.S.C. § 3582(c)(1)(A). (Doc. 238).

Under the Order Regarding Amendment 821, in 3:21-mc-1-TJC (Doc. 115), within **twenty-eight days**, the Probation Office shall prepare and file a memorandum, with service to Price's counsel of record and the U.S. Attorney's Office, addressing Price's eligibility for relief under Amendment 821 and § 3582(c)(1)(A). Once the Probation Office files its memorandum, Price's counsel shall have **45 days** to evaluate Price's eligibility for relief and comply with the steps outlined in the Order Regarding Amendment 821, in 3:21-mc-1-TJC (Doc. 115). If Price's counsel ultimately files an opposed motion to reduce his sentence

under Amendment 821 or § 3582(c)(1)(A), the United States shall have **twenty-one days** from the service of the opposed motion to file a response.

**DONE** and **ORDERED** in on September 22, 2025.

                                                                                    _____
                                                                                    JOHN ANTOON II
                                                                                    United States District Judge

Copies furnished to:
United States Attorney
United States Probation Office
Anthony Vikey Omar Price
Counsel for Defendant